UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

(On Removal from the Circuit Court of the Seventh Judicial Circuit
In and for Volusia County, Florida, Case No.: 2023-10191-CIDL)

J.R., a Minor, by and through his
Mother and Legal Guardian, T.R.,

      Plaintiff,               CASE NO.:

v.

MICHAEL CHITWOOD, in his official
capacity as Sheriff of Volusia County; and
BRIAN HENDERSON, in his official capacity
and also individually; and WILLIAM LEVEN,
in his official capacity and also individually,

      Defendants.

_____/

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

Defendants, Michael Chitwood in his official capacity as Sheriff of

Volusia County, Brian Henderson, in his official and individual capacity,

and William Leven, in his official and individual capacity, pursuant to 28

U.S.C. §§ 1331, 1343, 1367, 1441(a) and (b), and 1446 (a), (b), and (d), hereby

file their Notice of Removal, removing this action from the Circuit Court of

the Seventh Judicial Circuit, in and for Volusia County, Florida, to the United

States District Court for the Middle District of Florida, Orlando Division, as grounds therefor state:

1.      This action was filed in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida on February 13, 2023.  The Complaint alleges violations of Plaintiff's civil rights under 42 U.S.C. § 1983. A copy of the State Court Docket and pleadings are attached as Exhibit A.  A copy of the complaint and summons served on Defendants are attached as Exhibit B.

2.      The United States District Court has original jurisdiction over this action.  In this regard, 28 U.S.C. § 1331 states, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Additionally, 28 U.S.C. § 1343 states, in pertinent part,

> The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person... to redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, for any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States...

Page 2 of 4

3.    Inasmuch as Plaintiff is alleging violations of 42 U.S.C. § 1983 this case  presents federal questions and is properly removed.

4.    As this matter is within the original jurisdiction of the Court, this action is properly removed to this Court from the Circuit Court of the Seventh Judicial Circuit, Volusia County, Florida, pursuant to 28 U.S.C. § 1441(a) and (b).

5.    Venue is proper in the Middle District of Florida, Orlando Division, because the Circuit Court action is pending within the jurisdictional confines of this District and Division. See 28 U.S.C. §§ 1443, 1446(a), Local Rules 1.02(b)(3) and 4.02, Middle District of Florida.

6.    Defendants file this Notice of Removal within thirty (30) days after the first service of the complaint occurred (service on DefendantS Chitwood, Henderson and Leven occurred on February 22, 2023), from which it was ascertained that this case is one which has become removable. *See* 28 U.S.C § 1446(b).

7.    Defendants will provide prompt notice of the removal of this action to Plaintiff and the Circuit Court for Volusia County, Florida by filing a "Notice of Removal to Federal Court," together with a copy of this "Notice

of Removal," in the Circuit Court for Volusia County, Florida, and by serving same upon Plaintiff as required by 28 U.S.C. § 1446(d).

Wherefore, Defendants respectfully notify this Court that, pursuant to 28 U.S.C § 1441, it has removed the above action from the Circuit Court of the Seventh Judicial Circuit to the United States District Court for the Middle District of Florida, Orlando Division.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Middle District Court using CM/ECF and a copy sent via electronic mail to Arthur A. Huggins, Jr., Esq., 435 S. Ridgewood Ave., Ste. 117, Daytona Beach, Florida 32114 (arthurhugginslaw@gmail.com) on March 10, 2023.

/s/ W. Kevin Bledsoe
W. Kevin Bledsoe, Esq.
Deputy County Attorney
Fla. Bar No.: 0029769
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
kbledose@volusia.org / mefird@volusia.org